|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT | |
| | EASTERN DISTRICT OF WASHINGTON | |
| DANELIA SOLIS-VALDOVINOS,<br><br>Plaintiff,<br><br>v.<br><br>SYNCHRONY BANK, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and KOHL'S DEPARTMENT STORES, INC.,<br><br>Defendants. | NO: 1:15-CV-3205-TOR<br><br>ORDER OF DISMISSAL | |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice Plaintiff's State Law Claims against All Defendants (ECF No. 30). The motion was submitted for consideration without oral argument. The Court—having reviewed the motion and the entire record—is fully informed.

The parties have stipulated to dismiss Plaintiff's claims for (1) defamation; (2) invasion of privacy; and (3) negligence, against all Defendants, contained

ORDER OF DISMISSAL ~ 1

1  within the original complaint.  *See* ECF No. 1 at ¶¶ 61 (b), (c), (d); 62 (b), (c), (d);

2  63 (b), (c), (d).  The Court will dismiss these claims.

3  **ACCORDINGLY, IT IS HEREBY ORDERED**:

4  Pursuant to the parties' stipulation and Federal Rule of Civil Procedure

5  41(a)(1)(A)(ii), Plaintiff's state law claims of defamation, invasion of privacy, and

6  negligence, against all Defendants, are **DISMISSED with prejudice** and without

7  fees or costs to either party.

8  The District Court Executive is directed to enter this Order and provide

9  copies to the parties.

10  **DATED** June 3, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2