UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANELIA SOLIS-VALDOVINOS,<br><br>         Plaintiff,<br><br>   v.<br><br>SYNCHRONY BANK, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and KOHL'S DEPARTMENT STORES, INC.,<br><br>         Defendants. | NO: 1:15-CV-3205-TOR<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

BEFORE THE COURT is Plaintiff Danelia Solis-Valdovinos and Defendant Kohl's Department Stores, Inc.'s Joint Motion to Dismiss (ECF No. 52). For good cause shown, the Joint Motion to Dismiss Defendant Kohl's Department Stores is **GRANTED**.

//

//

ORDER GRANTING JOINT MOTION TO DISMISS ~ 1

**IT IS HEREBY ORDERED:**

1. Plaintiffs and Defendant Kohl's Department Stores' Joint Motion to Dismiss (ECF Nos. 52) is **GRANTED**.

2. Plaintiffs' claims against Kohl's Department Store (ECF No. 17) are **DISMISSED WITH PREJUDICE AND WITHOUT COSTS**.

The District Court Executive is directed to enter this Order, furnish copies to counsel, and **terminate** Defendant Kohl's Department Store from the docket.

**DATED** January 25, 2017.



THOMAS O. RICE
Chief United States District Judge