UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANELIA SOLIS-VALDOVINOS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SYNCHRONY BANK, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and KOHL'S DEPARTMENT STORES, INC.,<br><br>　　　　　　Defendants. | NO:  1:15-CV-3205-TOR<br><br>ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS |

BEFORE THE COURT is the Stipulated Motion for Limited Judgment of Dismissal (ECF No. 57).  The motion was submitted for consideration without oral argument. The Court—having reviewed the motion and the entire record—is fully informed.

The Plaintiff has stipulated with Defendants Midland Credit Management, Inc. and Midland Funding, LLC, to dismiss all of his claims against them, with prejudice and without attorney fees or costs to either party.

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the stipulation and Federal Rule of Civil Procedure 54(b),

3  Plaintiff's claims against Defendants Midland Credit Management, Inc. and

4  Midland Funding, LLC, are **DISMISSED with prejudice** and without attorney

5  fees or costs to either party.

6  The District Court Executive is directed to enter this Order, and a partial

7  Judgment of Dismissal accordingly, provide copies to the parties, and terminate

8  Defendants Midland Credit Management, Inc. and Midland Funding, LLC, from

9  this action.

10  **DATED** April 7, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL AS TO CERTAIN DEFENDANTS ~ 2