AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DANELIA SOLIS-VALDOVINOS, *Plaintiff* <br> v. <br> MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, *Defendant* | Civil Action No. 1:15-CV-3205-TOR |

## PARTIAL JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 54(b), Plaintiff's claims against Defendants Midland Credit Management, Inc., and Midland Funding, LLC, are DISMISSED with prejudice and without attorney fees or costs to either party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion for limited judgment of dismissal (ECF No. 57).

Date: April 7, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen