UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANELIA SOLIS-VALDOVINOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SYNCHRONY BANK, MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC and KOHL'S DEPARTMENT STORES, INC.,<br><br>　　　　　Defendants. | NO: 1:15-CV-3205-TOR<br><br>FINAL ORDER OF DISMISSAL |

BEFORE THE COURT is the Stipulated Motion to Dismiss Synchrony Bank and Entire Action (ECF No. 61). The motion was submitted for consideration without oral argument. The Court—having reviewed the motion and the entire record—is fully informed and there is no reason to delay.

The remaining parties have stipulated to dismiss the remaining claims with prejudice and without costs or attorney fees to any party.

//

FINAL ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the stipulation and Federal Rule of Civil Procedure 41(a), Plaintiff's claims against Defendant Synchrony Bank are **DISMISSED with prejudice,** each party to bear its own costs and attorney fees.

All remaining deadlines, hearings and trial are vacated.

The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this file.

**DATED** June 13, 2017.



THOMAS O. RICE
Chief United States District Judge

FINAL ORDER OF DISMISSAL ~ 2